Decided April 17, 2003

JOAN CARNEMOLLA *v.* MARK WALSH ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 75 Conn. App. 319 (AC 22512), is denied.

SULLIVAN, C. J., did not participate in the consideration or decision of this petition.

*William R. Moller,* in support of the petition.

*Joseph B. Summa,* in opposition.

Decided April 17, 2003